**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Micah Daniel JORDAN, Defendant—Appellant.**

**No. 08–8491.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Micah Daniel Jordan, Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Micah Daniel Jordan appeals from the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Jordan,* No. 2:99–cr–00019–JBF–1 (E.D. Va. dated Oct. 21, 2008; entered Oct. 23, 2008). We dispense with oral argument as the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*